

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2021

No. 04-20-00151-CV

John **PORTERFIELD,**
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellee's motion for rehearing was originally due on July 29, 2021, and appellee filed an unopposed motion requesting a thirty-day extension of that deadline. After consideration, we **GRANT** the motion and **ORDER** appellee to file its motion for rehearing **by August 27, 2021**. *See* TEX. R. APP. P. 49.8.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court